**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **WILLARD JOHN ALLEN,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | )   **Civil No. 08-329-P-S** |
| | )   **Crim. No. 04-08-P-S** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 8, 2009, her Recommended

Decision (Docket No. 25).  Plaintiff filed his Objection to the Recommended Decision (Docket No.

31) on July 24, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together

with the entire record; I have made a de novo determination of all matters adjudicated by the

Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United

States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that

no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) **DENIED** and that no certificate of appealability shall be issued in the event that

Plaintiff files a Notice of Appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S. C. § 2253(c)(2).


/s/George Z. Singal_____
U.S. District Judge

Dated:  August 11, 2009